No.  26-12718

---

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

---

SCOTT MCDONALD,
*Plaintiff-Appellant,*

v.

BETH MCDONALD and
BROOKE DUMONT,
*Defendants-Appellees*.

---

On Appeal from the United States District Court
for the Northern District of Alabama, Northeastern Division
Case No. 5:25-cv-02226

---

## NOTICE OF FILING TRANSCRIPT CERTIFICATION

---

Scott McDonald, *pro se*
789 Neal Drive
Gurley, Alabama 35748
Telephone: 256-503-0675
Email: scottm2@hiwaay.net

## NOTICE OF FILING TRANSCRIPT CERTIFICATION

Plaintiff-Appellant Scott McDonald files a copy of the transcript

certification filed in the district court as Doc. 76. Appellant certifies that no

additional transcript will be ordered and that the March 31, 2026 hearing transcript

is already on file in the district court record.

Respectfully submitted,

Date: _____08/06/2026_____    _____

**Scott McDonald**
  Plaintiff-Appellant, *pro se*
  789 Neal Dr.
  Gurley, AL 35748
  (256) 503-0675
  scottm2@hiwaay.net

1

## CERTIFICATE OF SERVICE

I certify that on August 6, 2026, a true and correct copy of the foregoing NOTICE OF FILING TRANSCRIPT CERTIFICATION has been sent by electronic means using the Court's CM/ECF electronic filing system for parties registered with CM/ECF and via US Mail, postage prepaid, for all other parties.


Date: ____08/06/2026____    _____

**Scott McDonald**
Plaintiff-Appellant, *pro se*
789 Neal Dr.
Gurley, AL 35748
(256) 503-0675
scottm2@hiwaay.net


James Eric Brisendine, Esq.
Counsel for Defendant-Appellee Beth McDonald
**SCRUGGS DODD & BRISENDINE, ATTYS, PA**
207 Alabama Avenue SW, Fort Payne, AL 36968-1109
256-845-5932
eric@sdblaw.us


Joseph E. Stott, Esq.
Counsel for Defendant-Appellee Brooke Dumont
**STOTT & HARRINGTON, P.C.**
2637 Valleydale Road, Suite 100
Birmingham, AL 35244
205-573-0500
joe@stottharrington.com

2