No.  26-12718

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

SCOTT MCDONALD,
*Plaintiff-Appellant,*

v.

BETH MCDONALD and
BROOKE DUMONT,
*Defendants-Appellees*.

On Appeal from the United States District Court
for the Northern District of Alabama, Northeastern Division
Case No. 5:25-cv-02226

## CERTIFICATE OF INTERESTED PERSONS

Scott McDonald, *pro se*
789 Neal Drive
Gurley, Alabama 35748
Telephone: 256-503-0675
Email: scottm2@hiwaay.net

## CERTIFICATE OF INTERESTED PERSONS

Appellant Scott McDonald is a natural person proceeding *pro se*.

Pursuant to 11th Circuit Rule 26.1-1 the following persons have an interest in the outcome of this case:

**Brisendine, James Eric**, Esq., Counsel for Defendant Beth McDonald, SCRUGGS DODD & BRISENDINE, ATTYS, PA, 207 Alabama Avenue SW, Fort Payne, AL 36968-1109, 256-845-5932, eric@sdblaw.us.

**Dumont, Brooke**, Esq., Defendant, Huntsville, Alabama.

**McDonald, Beth**, Defendant, New Market, Alabama.

**McDonald, Nathan**, (Non-party), New Market, Alabama.

**McDonald, Scott,** Plaintiff/Petitioner (*pro se*).

**Stott, Joseph E.**, Esq., Counsel for Defendant Brooke Dumont, STOTT & HARRINGTON, P.C., 2637 Valleydale Road, Suite 100, Birmingham, AL 35244, 205-573-0500, joe@stottharrington.com.

**The Honorable Harold D. Mooty III**, United States District Judge (respondent judge), United States District Court, 660 Gallatin Street, SW, Huntsville, AL 35801.

Plaintiff-Appellant certifies that this list is complete to the best of Plaintiff-Appellant's knowledge.

Respectfully submitted,

Date: __08/06/2026__

**Scott McDonald**
Plaintiff-Appellant, *pro se*
789 Neal Dr.
Gurley, AL 35748
(256) 503-0675
scottm2@hiwaay.net

# CERTIFICATE OF SERVICE

I certify that on August 6, 2026, a true and correct copy of the foregoing CERTIFICATE OF INTERESTED PERSONS has been sent by electronic means using the Court's CM/ECF electronic filing system for parties registered with CM/ECF and via US Mail, postage prepaid, for all other parties.

Date: _____08/06/2026_____    _____Scott McDonald_____

**Scott McDonald**
Plaintiff-Appellant, *pro se*
789 Neal Dr.
Gurley, AL 35748
(256) 503-0675
scottm2@hiwaay.net

James Eric Brisendine, Esq.
Counsel for Defendant-Appellee Beth McDonald
**SCRUGGS DODD & BRISENDINE, ATTYS, PA**
207 Alabama Avenue SW, Fort Payne, AL 36968-1109
256-845-5932
eric@sdblaw.us

Joseph E. Stott, Esq.
Counsel for Defendant-Appellee Brooke Dumont
**STOTT & HARRINGTON, P.C.**
2637 Valleydale Road, Suite 100
Birmingham, AL 35244
205-573-0500
joe@stottharrington.com