No. 26-12718

---

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

---

SCOTT MCDONALD,
*Plaintiff-Appellant,*

v.

BETH MCDONALD and
BROOKE DUMONT,
*Defendants-Appellees.*

---

On Appeal from the United States District Court
for the Northern District of Alabama, Northeastern Division
Case No. 5:25-cv-02226

---

# MOTION FOR LEAVE TO FILE CORRECTED INITIAL BRIEF OF APPELLANT

---

Scott McDonald, pro se
789 Neal Drive
Gurley, Alabama 35748
Telephone: 256-503-0675
Email: scottm2@hiwaay.net

## CERTIFICATE OF INTERESTED PERSONS

Plaintiff-Appellant certifies that all parties to this appeal are natural persons. Pursuant to 11th Circuit Rule 26.1-1, the following persons have or may have an interest in the outcome of this appeal:

Brisendine, James Eric, Esq., Counsel for Beth McDonald.

Dumont, Brooke, Esq., Defendant.

McDonald, Beth, Defendant.

McDonald, Nathan, (Non-party).

McDonald, Scott, Plaintiff-Appellant (*pro se*).

Mooty, The Honorable Harold D. III, United States District Judge.

Stott, Joseph E., Esq., Counsel for Brooke Dumont.

Plaintiff-Appellant certifies that this list is complete to the best of Plaintiff-Appellant's knowledge.

**MOTION FOR LEAVE TO FILE**
**CORRECTED INITIAL BRIEF OF APPELLANT**

Appellant Scott McDonald, proceeding *pro se*, respectfully moves this Court for leave to file the attached Corrected Initial Brief of Appellant, and for an order deeming the attached corrected brief filed as of the date of this Court's order. In support, Appellant states:

1. Appellant filed his Initial Brief of Appellant on August 10, 2026 (Doc. 10) (the "Brief"). This appeal has not yet been calendared for oral argument or submission, and no responsive brief has yet been filed.

2. After filing, Appellant discovered that several citations in Section V.C of the Brief (pages 23–24) inadvertently cite district court Document 51 — the sealed order that is the subject of this appeal — where the citation should instead refer to district court Document 52, the transcript of the March 31, 2026 hearing.

3. The corrections are set out in the table below and are reflected in the attached Corrected Initial Brief of Appellant and accompanying redline:

| **Brief Page** | **Currently Reads** | **Corrected To** |
|---|---|---|
| Page 23 | Doc 51 – 17 | Doc 52 – Pg 17 |
| Page 23 | Doc 17 – Pg 14-15, 20, 21, 34 | Doc 52 – Pg 14-15, 20, 21, 34 |
| Page 24 | Doc 51 – Pg 14-15, 22, 32 | Doc 52 – Pg 14-15, 22, 32 |
| Page 24 | Doc 51 – Pg 42 | Doc 52 – Pg 42 |
| Page 24 | Doc 51 – Pg 12-13 | Doc 52 – Pg 12-13 |

4. No correction alters the substance, wording, argument, or word count of the Brief. The Corrected Initial Brief of Appellant contains the same 5,901 words as the

original and complies with the same type-volume and typeface requirements of Fed. R. App. P. 32(a)(5)–(7)(B), as reflected in the Certificate of Compliance accompanying the corrected brief. All other citations in the Brief, including citations to district court Doc. 51 in Sections V.A, V.B, and V.D, are unchanged.

5. Because the corrections are non-substantive, made before any responsive brief has been filed and before the appeal has been calendared, and because they conform citations to the record document actually intended, Appellant respectfully submits that granting leave will not prejudice Appellees or delay this appeal.

6. Appellant has not been able to confer with counsel for Appellees prior to filing this Motion given the administrative and non-substantive nature of the relief sought, but does not anticipate that Appellees would be prejudiced by, or would oppose, the correction of citation errors in Appellant's own brief.

## CONCLUSION

For the foregoing reasons, Appellant respectfully requests that the Court grant leave to file the attached Corrected Initial Brief of Appellant and deem it filed as of the date of the Court's order.

Respectfully submitted this 8th day of September, 2026.

Date: 09/08/2026

Scott McDonald

Scott McDonald
Plaintiff-Appellant, *pro se*
789 Neal Dr.
Gurley, AL 35748
(256) 503-0675

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because it contains 790 words, excluding the parts exempted by Fed. R. App. P. 32(f), as counted by Microsoft Word. It also complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) and (6) because it uses 14-point Times New Roman, a proportionally spaced typeface.

Date: 09/08/2026

Scott McDonald
Plaintiff-Appellant, *pro se*
789 Neal Dr.
Gurley, AL 35748
(256) 503-0675
scottm2@hiwaay.net

## CERTIFICATE OF SERVICE

I certify that on August 6, 2026, a true and correct copy of the foregoing MOTION FOR LEAVE TO FILE CORRECTED INITIAL BRIEF OF APPELLANT has been sent by electronic means using the Court's CM/ECF electronic filing system for parties registered with CM/ECF and via US Mail, postage prepaid, for all other parties.

Date: 09/08/2026

Scott McDonald
Plaintiff-Appellant, *pro se*
789 Neal Dr.
Gurley, AL 35748
(256) 503-0675
scottm2@hiwaay.net

James Eric Brisendine, Esq.
Counsel for Defendant-Appellee Beth McDonald
SCRUGGS DODD & BRISENDINE, ATTYS, PA
207 Alabama Avenue SW, Fort Payne, AL 36968-1109
256-845-5932
eric@sdblaw.us

Joseph E. Stott, Esq.
Counsel for Defendant-Appellee Brooke Dumont
STOTT & HARRINGTON, P.C.
2637 Valleydale Road, Suite 100
Birmingham, AL 35244
205-573-0500
joe@stottharrington.com