**Appeal No. 26-12718-C**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

---

**SCOTT MCDONALD,**

**Appellant,**

**v.**
**BETH MCDONALD and BROOKE DUMONT,**

**Appellees.**

---

**On Appeal from the United States District Court for the Northern District of Alabama, Northeastern Division, Scott McDonald v. Beth McDonald and Brooke Dumont, No. 5:25-cv-02226-HDM**

---

**APPELLEE BROOKE DUMONT'S**

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

---

**Joseph E. Stott, Esq.**
**Stott & Harrington, P.C.**
**2637 Valleydale Road, Suite 100**
**Birmingham, Alabama 35244**
**Telephone:(205) 573-0500**
**Facsimile: (205) 637-5131**
joe@stottharrington.com

*Counsel for Appellee Brooke Dumont*

# APPELLEE BROOKE DUMONT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

## A. Certificate of Interested Persons

The undersigned counsel for Appellee Brooke Dumont, pursuant to the Eleventh Circuit Rule 26.1-1, hereby certifies the following to be persons, firms, partnerships, or corporations of which they, or their counsel, are aware have an interest in the outcome of this appeal:

1. Brisendine, J. Eric (Counsel for Appellee/Defendant Beth McDonald)
2. Dumont, Brooke (Defendant/Appellee)
3. McDonald, Beth (Defendant/Appellee)
4. McDonald, Scott (pro se Plaintiff/Appellant)
5. Mooty, Hon. Harold (Trial Court Judge)
6. Stott, Joseph E. (Counsel for Appellee Brooke Dumont)

## B. Corporate Disclosure Statement

Counsel for the Appellee certifies that Appellee Brooke Dumont, is an individual and thus there are no reportable entities. Further, the undersigned is aware of no publicly traded entity which has an interest in the outcome of this Appeal.

Respectfully submitted,

**JOSEPH E. STOTT - (ASB-4163-T71J)**
Attorney for Appellee Brooke Dumont

**OF COUNSEL:**

**STOTT & HARRINGTON, P.C.**
2637 Valleydale Road, Suite 100
Birmingham, Alabama 35244
Telephone: (205) 573-0500
Facsimile: (205) 637-5131
Email: joe@stottharrington.com

## CERTIFICATE OF COMPLIANCE

This brief complies with Fed. R. App. P. 32(a)(7)(B) because, excluding the parts exempted by Rule 32(f), it contains fewer than 13,000 words. This brief complies with Fed. R. App. P. 32(a)(5) and (6) because it was prepared in a proportionally spaced 14-point typeface using Microsoft Word.

Joseph E. Stott, Counsel for Appellee
Brooke Dumont

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 9th day of September, 2026, I have served a true and correct copy of the foregoing Brief of Appellee Brooke Dumont by U.S. Mail, postage prepaid, and/or by email as follows:

VIA U.S. MAIL
Scott McDonald
789 Neal Dr.
Gurley, AL 35748
*Pro se Appellant*

VIA E-MAIL
J. Eric Brisendine, Esq.
Scruggs, Dodd & Brisendine, P.A.
P.O. Box 681109
Fort Payne, AL 35968
*Counsel for Appellee Beth McDonald*

Joseph E. Stott, Counsel for Appellee Brooke Dumont