**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

**Appeal No. 26-12718-C**

---

**SCOTT MCDONALD,**

**Appellant,**

**v.**

**BETH MCDONALD and BROOKE DUMONT,**

**Appellees.**

---

**On Appeal from the United States District Court for the Northern District of Alabama, Northeastern Division, Scott McDonald v. Beth McDonald and Brooke Dumont, No. 5:25-cv-02226-HDM**

---

# BRIEF OF APPELLEE BROOKE DUMONT

---

**Joseph E. Stott, Esq.**
**Stott & Harrington, P.C.**
**2637 Valleydale Road, Suite 100**
**Birmingham, Alabama 35244**
**Telephone:(205) 573-0500**
**Facsimile: (205) 637-5131**
**joe@stottharrington.com**

*Counsel for Appellee Brooke Dumont*

---

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Appellee Brooke Dumont hereby adopts and incorporates by reference the Certificate of Interested Persons and Corporate Disclosure Statement filed by co-Appellee Beth McDonald (Doc. 17 at 2). Appellee Dumont further certifies that no publicly traded company or corporation has an interest in the outcome of this case or appeal.

## STATEMENT REGARDING ORAL ARGUMENT

Appellee Brooke Dumont does not request oral argument.

USCA11 Case: 26-12718 Document: 20 Date Filed: 09/09/2026 Page: 4 of 9

# TABLE OF CONTENTS

Certificate of Interested Persons and Corporate Disclosure Statement .................... ii

Statement Regarding Oral Argument .................................................................... iii

Table of Contents ................................................................................................ iv

Argument... ......................................................................................................... 1

Conclusion. .......................................................................................................... 3

Certificate of Compliance .................................................................................... 4

Certificate of Service ........................................................................................... 5

## ARGUMENT

Appellee Brooke Dumont hereby adopts and incorporates by reference the Brief of Appellee Beth McDonald (Doc. 17), filed on September 9, 2026, as though fully set forth herein.

As co-Appellee McDonald's brief demonstrates, the trial court did not abuse its discretion in denying Appellant's Motion to Partially Unseal the Order at issue (Doc. 51). The trial court identified the competing interests, considered partial unsealing, and found that the redactions would remove context important to the Order's reasoning and disposition. (Doc. 71 at 1–2, App. A-215–16). Accordingly, the trial court's decision should be affirmed.

Appellee Dumont further notes that, as the individual whose conduct is discussed in the sealed Order, she has a particularized interest in ensuring that any disclosure of the Order's contents is handled in a manner consistent with the trial court's considered judgment. The trial court's decision to seal the Order was made after reviewing the recording in chambers and carefully weighing the competing interests, and its denial of partial unsealing reflects a reasoned determination that selective redaction would compromise the Order's reasoning and disposition.

Like co-Appellee McDonald, Appellee Dumont does not oppose the complete unsealing of the Order at issue. However, the trial court did not abuse its discretion in denying Appellant's request for partial unsealing, and this Court should affirm.

## CONCLUSION

For the reasons stated herein and in the Brief of Appellee Beth McDonald, this Court should affirm the trial court's denial of Appellant's Motion to Partially Unseal.

Respectfully submitted,

**JOSEPH E. STOTT - (ASB-4163-T71J)**
Attorney for Appellee Brooke Dumont

**OF COUNSEL:**

**STOTT & HARRINGTON, P.C.**
2637 Valleydale Road, Suite 100
Birmingham, Alabama 35244
Telephone: (205) 573-0500
Facsimile: (205) 637-5131
Email: joe@stottharrington.com

## CERTIFICATE OF COMPLIANCE

This brief complies with Fed. R. App. P. 32(a)(7)(B) because, excluding the parts exempted by Rule 32(f), it contains fewer than 13,000 words. This brief complies with Fed. R. App. P. 32(a)(5) and (6) because it was prepared in a proportionally spaced 14-point typeface using Microsoft Word.

Joseph E. Stott, Counsel for Appellee
Brooke Dumont

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 9th day of September, 2026, I have served a true and correct copy of the foregoing Brief of Appellee Brooke Dumont by U.S. Mail, postage prepaid, and/or by email as follows:

VIA U.S. MAIL
Scott McDonald
789 Neal Dr.
Gurley, AL 35748
*Pro se Appellant*

VIA E-MAIL
J. Eric Brisendine, Esq.
Scruggs, Dodd & Brisendine, P.A.
P.O. Box 681109
Fort Payne, AL 35968
*Counsel for Appellee Beth McDonald*

Joseph E. Stott, Counsel for Appellee
Brooke Dumont